1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                                  EASTERN DISTRICT OF CALIFORNIA

10

11   MANUEL G. RICO,                              1:17-cv-00938-SKO (PC)

12                    Plaintiff,
                                                  ORDER GRANTING APPLICATION TO
13        v.                                      PROCEED IN FORMA PAUPERIS
                                                  (Doc. 2)
14   STANISLAUS COUNTY SHERIFF'S
     DEPARTMENT, et al.,
15                                                              and
                     Defendant.
16                                                ORDER DIRECTING PAYMENT
                                                  OF INMATE FILING FEE BY CALIFORNIA
17                                                DEPARTMENT OF CORRECTIONS

18

19        Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested

20   leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing

21   required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.

22   Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C.

23   § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of

24   the preceding month's income credited to plaintiff's trust account.  The Sheriff of the Stanislaus

25   County Jail is required to send to the Clerk of the Court payments from plaintiff's account each

26   time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28

27   U.S.C. § 1915(b)(2).

28   / / /

                                                    1

1    In accordance with the above and good cause appearing therefore, IT IS HEREBY

2   ORDERED that:

3        1.   Plaintiff's application to proceed in forma pauperis is GRANTED;

4        **2.   The Director of the Sheriff of the Stanislaus County Jail or his designee shall**

5   **collect payments from plaintiff's prison trust account in an amount equal to twenty**

6   **per cent (20%) of the preceding month's income credited to the prisoner's trust**

7   **account and shall forward those payments to the Clerk of the Court each time the**

8   **amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2),**

9   **until a total of $350.00 has been collected and forwarded to the Clerk of the Court.**

10   **The payments shall be clearly identified by the name and number assigned to this**

11   **action.**

12        3.   The Clerk of the Court is directed to serve a copy of this order and a copy of

13   plaintiff's in forma pauperis application on the Sheriff of the Stanislaus County Jail,

14   located at 200 E. Hackett Road, Modesto, CA 95358.

15        4.    The Clerk of the Court is directed to serve a copy of this order on the Financial

16   Department, U.S.  District Court, Eastern District of California, Sacramento Division.

17        5.   Within sixty (60) days of the date of service of this order, plaintiff shall submit a

18   certified copy of his prison trust account statement for the six-month period immediately

19   preceding the filing of the complaint, if plaintiff has not already done so.

20   IT IS SO ORDERED.

21

22   Dated:   **July 19, 2017**                                    /s/ *Sheila K. Oberto*

                                                        UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

                                        2